NO. 07-01-0496-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C 

NOVEMBER 21, 2002

______________________________

AMAREGAL, INC.,

Appellant

v.

AMARILLO NATIONAL BANK AND IMADELL CARTER, AS CO- 

TRUSTEES OF THE JOSEPHINE ANDERSON CHARITABLE TRUST, 

Appellee

_________________________________

FROM THE 320
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 87147-D; HON. DON EMERSON, PRESIDING 

_______________________________

Before QUINN, REAVIS, and JOHNSON, JJ.

ON MOTION TO DISMISS

Appellant Amaregal, Inc. and appellee Amarillo National Bank and Imadell Carter, as co-trustees of the Josephine Anderson Charitable Trust, filed a joint motion to dismiss this appeal because the parties have settled all matters in dispute.  They further represent that the intervenor, the State of Texas, does not oppose the motion.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

   Justice

Do not publish.